UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN - 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 08-336 |
| | : | Judge Colleen Kollar-Kotelly |
| PHILLIP HARRINGTON | : | |
| Defendant | : | |

## ORDER

The Court hereby adopts the Report and Recommendation dated December 2, 2008.

The probation office shall file its Presentence Report by no later than **FEBRUARY 20, 2009**, it is further;

The Government shall file its Memorandum in Aid of Sentencing by no later than **MARCH 6, 2009**, it is further;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than **MARCH 6, 2009**, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **MARCH 13, 2009 AT 10:15 A.M.**

IT IS SO ORDERED,

Date: Jan. 6, 2009

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers          Pretrial
      Files             William Woodruff, AUSA
      Probation         Michelle Peterson, AFPD