UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| PHILIP HARRINGTON, | Crim. Action No. 08-336 (CKK) |
| Defendant. | |

**FILED**

MAR 13 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation dated December 2, 2008, signed by Magistrate Judge John M. Facciola. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 13th day of March, 2009, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

COLLEEN KOLLAR-KOTELLY
United States District Judge